IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 20 C 0282 |
| | ) | |
| ENVIRONMENTAL CLEANSING | ) | JUDGE JOHN J. THARP, JR. |
| CORPORATION, an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, ENVIRONMENTAL CLEANSING CORPORATION, an Illinois corporation, in the total amount of $15,891.97, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,821.25.

On January 23, 2020, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Jeanna Stoffle, Emplyee) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on February 13, 2020. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
Email: cscanlon@baumsigman.com

I:\731exc\Environmental Cleansing\#28909\motion for entry of default and judgment.cms.df.wpd

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that she mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>12th</u> day of <u>August 2020</u>:

> Mr. Matthew A. Konopko, Registered Agent/President
> Environmental Cleansing Corporation
> 16612 S. Crawford Avenue
> Markham, IL   60428-5378

The undersigned further certifies that she served the above-referenced document by electronic mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>12th</u> day of <u>August 2020</u>:

> Mr. Thomas J. Condon, Jr.
> Peterson, Johnson & Murray, P.C.
> 200 West Adams Street, Suite 2125
> Chicago, IL   60606-5213
> tcondon@pjmchicago.com

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
Email: cscanlon@baumsigman.com

I:\731exc\Environmental Cleansing\#28909\motion for entry of default and judgment.cms.df.wpd